THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Telly R. Johnson, Appellant.
 
 
 

Appeal From Aiken County
 Diane Schafer Goodstein, Circuit Court Judge

Unpublished Opinion No.  2005-UP-254
Submitted April 1, 2005  Filed April 7, 2005

APPEAL DISMISSED

 
 
 
 Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  On February 2, 2004, Telly Johnson pled guilty to distribution of crack cocaine, distribution of crack cocaine within proximity of a school/park, and failure to stop for a blue light.  He was sentenced to concurrent sentences of ten years with three years probation for distribution of crack cocaine, five years for distribution of crack cocaine within proximity of a school/park, and three years for failure to stop for a blue light.  Johnson appeals, arguing his guilty plea did not comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  On appeal, counsel for Johnson has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there are no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Johnson has not filed a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1]
ANDERSON, BEATTY and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.